**Order entered April 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01258-CV

## LINDA HENDERSON AND/OR ALL OTHER OCCUPANTS OF 1225 KENSINGTON DR. DESOTO, TX 75115, Appellant

## V.

## FREEDOM MORTGAGE CORPORATION, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-04797-D**

## ORDER

Before the Court is appellant's April 2, 2020 first amended motion for extension of time to file her opening brief. We **GRANT** the motion and extend the time to **May 4, 2020**.

/s/     BILL WHITEHILL
JUSTICE